UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PARISH DISPOSAL INDUSTRIES, LLC | : | DOCKET NO. 2:13-cv-03068 |
| VS. | : | JUDGE MINALDI |
| BFI WASTE SERVICES, LLC et al. | : | MAGISTRATE JUDGE KAY |

**REPORT AND RECOMMENDATION**

In a separately issued Memorandum Order, the court denied plaintiff's Motion to Remand, [doc. 12], determining that that Danny Hylton was improperly joined as defendant in this matter.  For the reasons stated in that Memorandum Order,

**IT IS RECOMMENDED** that defendant Danny Hylton be **DISMISSED** from this action.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.  Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE this 27th day of May, 2014.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE