RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PARISH DISPOSAL INDUSTRIES, LLC, | * | CIVIL ACTION NO. 2:13-cv-3068 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| BFI WASTE SERVICES, LLC, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 24] of the Magistrate Judge previously filed here, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that defendant Danny Hylton be and hereby is **DISMISSED** as a defendant from the above-captioned matter.

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE